

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00084-CV |
| | § | Appeal from |
| IN THE INTEREST OF B.C.S., | § | 65th District Court |
| A MINOR CHILD. | § | of El Paso County, Texas |
| | § | (TC # 2012DCM10290) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that because Appellant is indigent, no order regarding costs is made, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.